## CERTIFICATE OF SERVICE

I, Gini L. Downing _____(name), certify that service of this summons and a copy of the complaint was made February 4, 2022 _____(date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Celgene Corporation
PO Box 642143-2143
Pittsburgh, PA 15264

Celgene Corporation
Attn: Sandra Leung, EVP, General Counsel
P.O. Box 642143-2143
Pittsburgh, PA 15264

Phillip J. Gross, Counsel
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Celgene Corporation
86 Morris Avenue
Summit, NJ 07901

The Corporation Trust Company,
R/A for Celgene Corporation
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date    February 4, 2022     Signature    /s/ Gini L. Downing

                Print Name:         Gini L. Downing
                                    Pachulski Stang Ziehl & Jones LLP
                                    10100 Santa Monica Blvd.
                                    13th Floor
                Business Address:   Los Angeles, CA 90067

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  C. Hill   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Celgene Corporation<br>86 Morris Avenue<br>Summit, NJ 07901 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 9590 9402 3367 7227 2944 97 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7017 2400 0000 3936 9559 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>The Corporation Trust Company,<br>R/A for Celgene Corporation<br>Corporation Trust Center<br>1209 Orange St<br>Wilmington, DE 19801 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>FEB 08 2022<br>CT CORPORATION |
| 9590 9402 3367 7227 2944 80 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7017 2400 0000 3936 9542 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |