# Notice Recipients

District/Off: 0209–2　　　User: admin　　　Date Created: 3/31/2023
Case: 2–22–02042–PRW　　　Form ID: pdforder　　　Total: 2

**Recipients of Notice of Electronic Filing:**
aty　　Ilan D Scharf　　ischarf@pszjlaw.com
aty　　Philip Gross　　pgross@lowenstein.com

TOTAL: 2